```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY,#214897
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorneys for Defendant
    GENE M. CRAVEN, JR.
 7

 8
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 07-360-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE<br>) COURT TRIAL AND SET FOR MOTION TO<br>) DISMISS HEARING AND BRIEFING |
| GENE M. CRAVEN, JR., | ) SCHEDULE |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| _____ | ) |

   The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, GENE M. CRAVEN, JR., by and through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders Office, hereby stipulate to vacate the court trial set for February 13, 2008 at 9:00 a.m. and set this case for a motion to dismiss hearing on March 18, 2008 at 10:00 a.m.

   The following will be the briefing schedule to file motions:

   Defendants' Motion Due . . . . . . . . . . . . . . . February 15, 2008

   Governments' response due . . . . . . . . . . . . . . March 7, 2008

1 |     Defendants' Reply due . . . . . . . . . . . . . . . . March 13, 2008
2 |     Motion to Dismiss Hearing . . . . . . . . . . . . . March 18, 2008
3 |     The court trial will be set by the court following the motion to
4 | dismiss hearing.
5 | Dated: January 17, 2008      Respectfully submitted,
6 |                                         DANIEL J. BRODERICK
                                        Federal Defender
7 |
8 |                                         /s/  Benjamin D. Galloway
9 |                                         BENJAMIN D. GALLOWAY
                                        Staff Attorney
10 |                                         Attorneys for Defendant
                                        KARL KERSTER
11 |
12 |
13 | Dated: January 17, 2008      McGREGOR W. SCOTT
                                        United States Attorney
14 |                                         /s/ Matthew Stegman
15 |                                         MATTHEW STEGMAN
                                        Assistant U.S. Attorney
16 |
17 | **O R D E R**
18 |
19 | IT IS SO ORDERED.
20 | DATED: January 29, 2008.

                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

26 | Ddad1/orders.criminal/craven0360.stipord