```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr. Bar #177913
Staff Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
GENE CRAVEN, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 07-00360-DAD |
| Plaintiff, | ) |
| v. | ) <u>ORDER</u> |
| GENE CRAVEN, JR., | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| _____ | ) |

    1.  Gene Craven, Jr. was sentenced to 5 days to the custody of the Bureau of Prisons.  The defendant has a default self surrender date of June 30, 2008, specified in the plea agreement.

    2.  The Bureau of Prisons has not designated the defendant and needs additional time to do so.

    For the reasons stated above, it is hereby ordered that Mr. Craven's self surrender date of Monday, June 30, 2008, by 12:00 p.m.,

/////

/////

/////

1  be extended to Monday, July 7, 2008, by 12:00 p.m., to give time to the
2  Bureau of Prisons to designate.
3  DATED: June 27, 2008                    Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
                                           /s/ Michael Petrik, Jr.
6  _____
                                           MICHAEL PETRIK
7                                          Attorney for Defendant
8
9                               **O R D E R**
10     **IT IS SO ORDERED.**
11 DATED: June 27, 2008.
12
13 _____
   DALE A. DROZD
14 UNITED STATES MAGISTRATE JUDGE
15
16
17 Ddad1/orders.criminal/craven0360.ord
18
19
20
21
22
23
24
25
26
27
28

**2**